**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| NATIONAL BUSINESS AVIATION ASSOCIATION, INC., | ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) ) Civil Action No. 09-1089 (RMC) |
| FEDERAL AVIATION ADMINISTRATION, | ) ) ) |
| Defendant, | ) ) |
| and | ) ) |
| PRO PUBLICA, INC., | ) ) |
| Intervenor Defendant. | ) ) ) |

**ORDER**

For the reasons stated in the Memorandum Opinion filed simultaneously with this Order, it is hereby

**ORDERED** that the motion for summary judgment [Dkt. # 21] filed by the Federal Aviation Administration is **GRANTED**; and it is

**FURTHER ORDERED** that the motion to dismiss or for summary judgment filed by Pro Publica, Inc. [Dkt. ## 29 & 32] is **DENIED** as moot; and it is

**FURTHER ORDERED** that the motion for summary judgment filed by the National Business Aviation Association, Inc. [Dkt. # 19] is **DENIED**; and it is

**FURTHER ORDERED** that this case is **DISMISSED**; accordingly, this case is

closed.

This is a final appealable order.  *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

Date: February 26, 2010 _____/s/_____
ROSEMARY M. COLLYER
United States District Judge